NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-0003-APG-EJY |
| Plaintiff, | **Stipulation to Enlarge Motion Response (first request)** |
| vs. | |
| RAMON AVENDANO-SOTO, | |
| Defendant. | |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Raquel Lazo, Esq., counsel for defendant Avendano-Soto;

That the Government's deadline to respond to Defendant's Motion to Suppress, ECF No. 27, currently due June 18, 2020, shall be extended two weeks to June 29, 2020.

///

///

///

///

Any reply deadline shall also be extended accordingly.

DATED this 16th day of June, 2020.

    NICHOLAS A. TRUTANICH
    United States Attorney

    */s/ Kevin Schiff*
    Kevin D. Schiff
    Assistant United States Attorney

    */s/ Raquel Lazo*
    Raquel Lazo, AFPD.
    Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON AVENDANO-SOTO,<br><br>Defendant. | 2:20-cr-0003-APG-EJY<br><br>**Order Pursuant to Stipulation of the Parties** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court extends the deadline for the Government to respond to Defendant's Motion to Suppress, ECF. No. 27 from June 18, 2020, until June 29, 2020. Any reply to the Government's response shall be due July 6, 2020.

IT IS SO ORDERED

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: June 16, 2020