RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Ramon Avendano-Soto

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAMON AVENDANO-SOTO AND JORGE ALFREDO SOTO,<br><br>　　　　　Defendant. | Case No. 2:20-CR-003-APG-EJY<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE TO GOVERNMENT'S RESPONSE TO MOTION TO COMPEL (ECF NO. 53)**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin Douglas Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ramon Avendano-Soto, and Christopher R. Oram, counsel for Jorge Alfredo Soto, that the reply deadline to the Government's Response (ECF No. 53) to Defendant's Motion to Compel (ECF No. 48) currently due August 19, 2020 be vacated and set to a date and time convenient to this Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to file a reply to the government's response. Defense counsel is currently preparing for upcoming evidentiary hearings in two cases – *United States v. Carter*, 19-cr-093-RFB, and *United States v. Brown*, 18-cr-18-089-RFB.

2. The defendants are not incarcerated and do not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare the reply.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the reply deadline date filed herein.

DATED this 14th day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kevin Douglas Schiff*<br>By_____<br>KEVIN DOUGLAS SCHIFF<br>Assistant United States Attorney |
| */s/ Christopher R. Oram*<br>By_____<br>CHRISTOPHER R. ORAM<br>Counsel for Jorge Alfredo Soto | |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00003-APG-EJY |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| RAMON AVENDANO-SOTO AND JORGE ALFREDO SOTO, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel requires additional time to file a reply to the government's response. Defense counsel is currently preparing for upcoming evidentiary hearings in two cases – *United States v. Carter*, 19-cr-093-RFB, and *United States v. Brown*, 18-cr-18-089-RFB.

2. The defendants are not incarcerated and do not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare the reply.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-003-APG-EJY |
| Plaintiff, | ORDER |
| v. | |
| RAMON AVENDANO-SOTO AND JORGE ALFREDO SOTO, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that defense counsel's Reply to the Government's Response (ECF No. 53) to Defendant's Motion to Compel (ECF No. 48) currently due on August 19, 2020 be vacated and continued to September 2, 2020.

DATED this 17th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4