NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON AVENDANO-SOTO,<br><br>Defendant. | 2:20-cr-00003-APG-EJY<br><br>**Stipulation to Extend Delivery of In-Camera Materials**<br><br>**(first request)** |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Raquel Lazo, Assistant Federal Public Defender, counsel for defendant Avendano-Soto:

That the Government's deadline of October 15, 2020, to deliver materials to the chambers of the Honorable Elayna J. Youchah for an in-camera inspection, be extended 30 days. *See* ECF No. 64. The Government is acquiring the materials, but learned the records regarding the confidential informant (CI) are kept at a Drug Enforcement Administration (DEA) office in Virginia. A request has been issued to the office to supply the records, but it is not anticipated they will arrive prior to October 15, 2020.

Further, the Court has ordered transcriptions of the communications between the CI and Avendano-Soto. Although the Government and defense have the raw audio and text messages of these contacts, these communications are in the Spanish language. The DEA has requested translators do a transcription of these communications, but again it is not expected they will be ready prior to the October 15, 2020 deadline.

Finally, the defense believes they are lacking discovery and do not have all relevant communications between the CI and Avendano-Soto. In an attempt to ensure the parties have all relevant information, undersigned counsel and defense counsel met with the DEA case agent on October 14, 2020. The DEA has agreed to acquire the CI's phone and download any relevant materials relating to this case. As this phone is currently not in the custody of the DEA, it is expected this process may take two to three weeks. Any relevant materials discovered on the phone will either be provided directly to the defense, or will be submitted for the in-camera inspection.

DATED this 14th day of October, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Kevin Schiff
Kevin D. Schiff
Assistant United States Attorney

/s/ Raquel Lazo
Raquel Lazo, Esq.
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-0003-APG-EJY |
| Plaintiff, | **Order Pursuant to Stipulation of the Parties** |
| vs. | |
| RAMON AVENDANO-SOTO, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court extends the deadline for the Government to submit the materials identified in ECF No. 64 for in-camera inspection to this Court to November 12, 2020.

IT IS SO ORDERED

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: October 15, 2020

3