# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-CR-003-APG-EJY |
|---|---|
| Plaintiff, | **Order Granting First Stipulation to Continue Sentencing Hearing** |
| v. | |
| Ramon Avendano-Soto, | |
| Defendant. | |

Based on the pending stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing.

IT IS THEREFORE ORDERED that the sentencing currently scheduled for September 1, 2021, at 9:00 a.m., is vacated and continued to October 26, 2021, at 9:30 a.m. in LV courtroom 6C.

DATED: August 19, 2021.

_____
Andrew P. Gordon
United States District Judge

3