Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Raquel Lazo
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Raquel_Lazo@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ramon Avendano-Soto,<br><br>　　　　　Defendant. | Case No. 2:20-CR-003-APG-EJY<br><br>**Second Stipulation to Continue Sentencing Hearing** |

　　　　The parties jointly request that this Court vacate the October 26, 2021, sentencing hearing and continue it for at least 60 days because:

　　　　1.　　Since the last requested continuance, defense counsel has been able to review the revised presentence investigation report with Mr. Avendano-Soto. However, additional time is needed to further consult with Mr. Avendano-Soto, to obtain mitigation evidence, and to prepare a sentencing memorandum on his behalf.

　　　　2.　　Mr. Avendano-Soto is not in custody and agrees to the continuance.

1       DATED: October 7, 2021.

2   Rene L. Valladares                    Christopher Chiou
    Federal Public Defender               Acting United States Attorney
3

4       */s/ Raquel Lazo*                     */s/ Melanee Smith*
    By:_____          By:_____
5       RAQUEL LAZO                           MELANEE SMITH
        Assistant Federal Public Defender     Assistant United States Attorney
6

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Ramon Avendano-Soto,<br><br>　　　　Defendant. | Case No.  2:20-CR-003-APG-EJY<br><br>**Order Granting Second Stipulation to Continue Sentencing Hearing** |

　　Based on the pending stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing.

　　IT IS THEREFORE ORDERED that the sentencing currently scheduled for October 26, 2021, at 9:30 a.m., is vacated and continued to November 17, 2021, at 9:30 a.m. in Courtroom 6C.

　　DATED: October 8th, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　　United States District Judge