# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Ramon Avendano-Soto,<br><br>Defendant. | Case No. 2:20-CR-003-APG-EJY<br><br>**Order Granting Third Stipulation to Continue Sentencing Hearing** |

Based on the pending stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing.

IT IS THEREFORE ORDERED that the sentencing currently scheduled for November 17, 2021, at 9:30 a.m., is vacated and continued to <u>December 8</u>, 2021, at <u>10:30 a</u>.m. in courtroom 6C.

DATED: November __12__, 2021.

_____
Andrew P. Gordon
United States District Judge